UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALYSON BENNETT,

                Plaintiff,

        v.                              1:06 -CV-1098
                                                (NAM/RFT)
LETTY MANNE; MARC SHAFLER; and RAPPORT,
MEYERS, WHITBECK, SHAW & RODENHAUSEN,
LLP, *d/b/a Paramount Abstract Corp.*,

                Defendants.
_____

APPEARANCES:                              OF COUNSEL:

ALYSON BENNETT
Plaintiff, *Pro Se*
*Last Known Address*
25 Brown Road
South Kent, CT 06785

CONNOR, CURRAN LAW FIRM             ANDREW B. HOWARD, ESQ.
Attorney for Defendant Manne
441 East Allen Street
Hudson, NY 12534

TOWNE, BARTKOWSKI LAW FIRM        ELENA DeFIO KEAN, ESQ.
Attorney for Defendant Shafler
450 New Karner Road
P.O. Box 15072
Albany, NY 12205

HISCOCK, BARCLAY LAW FIRM          COLLEEN D. GALLIGAN, ESQ.
Attorney for Rapport, Meyers, Whitbeck, Shaw   JOHN CASEY, ESQ.
& Rodenhausen, LLP
50 Beaver Street
Fifth Floor
Albany, NY 12207

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 21st day of September, 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation (Dkt. No. 33) and the text order clarification (Dkt. No. 34) are hereby approved.

2. The Complaint is dismissed in its entirety, with prejudice, for failure to prosecute and obey three Court Orders directing appearances at Court Conferences, pursuant to Fed. R. Civ. P. 41(b) and N.D.N.Y.L.R. 41.2(b).

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: October 12, 2007
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge